

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THERESA RUEBBLING, Individually and as Heir of VICTORIA RANGEL, Deceased, | § | No. 08-23-00054-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 421st Judicial District Court |
| | § | |
| FOREMOST COUNTY MUTUAL INSURANCE COMPANY, | § | of Caldwell County, Texas |
| | § | (TC# 21-O-421) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY 2024.


LISA J. SOTO, Justice

Before Palafox, and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment
Palafox, J., dissenting